# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAWRENCE SCHMIDT, | CV F   03-6124 AWI DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING AMENDED PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| A.K. SCRIBNER, | [Doc. 22] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 28, 2005, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On November 9, 2005, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.   In the objections, Petitioner primarily asserts that

police officers lied at his trial to "cover up" two police officers' shooting of Michael Duckett. The claims before this court are whether Plaintiff's sentence pursuant to California's three strike law violates the ex post facto clause, whether Plaintiff's sentence constitutes cruel and unusual punishment, and whether Plaintiff's counsel was ineffective for not objecting to juror number nine.   The court agrees with the Magistrate Judge's analysis of these claims, and finds habeas corpus relief not available based on these claims or any combination of these claims.   To the extent Petitioner is attempting to raise additional claims and issues, the court declines to address them because they are not exhausted, see 28 U.S.C. § 2254(b)(1); <u>Rose v. Lundy</u>, 455 U.S. 509, 518 (1982); <u>Calderon v. United States Dist. Court</u>, 107 F.3d 756, 760 (9th Cir. 1997), these claims are procedurally defaulted, <u>see</u> <u>Coleman v. Thompson</u>, 501 U.S. 722, 729-32 (1989), and/or these claims were not presented to the Magistrate Judge as part of the petition, <u>see</u> <u>Greenhow v. Secretary of HHS</u>, 863 F.2d 633, 638-39 (9th Cir. 1988).

      Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendation issued October 28, 2005, is ADOPTED IN FULL;
2.     The Petition for Writ of Habeas Corpus is DENIED; and
3.     The Clerk of Court is directed to enter judgment in favor of Respondent; thus, terminating this action.

IT IS SO ORDERED.

**Dated:    March 23, 2006**                            /s/ **Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE